UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC SOTO,

Plaintiff,

-against-

U.S.P.S.; U.P.S.; FED EX; CITY OF NEW YORK,

Defendants.

26-CV-5114 (LTS)

ORDER OF DISMISSAL
UNDER 28 U.S.C. § 1651

LAURA TAYLOR SWAIN, Chief United States District Judge:

On October 15, 2013, Judge Loretta A. Preska barred Plaintiff from filing any new civil action *in forma pauperis* ("IFP") in this court without first obtaining from the court leave to file. *See Soto v. U.S. Postal Serv.*, ECF 1:13-CV-3927, 5 (LAP) (S.D.N.Y. Oct. 15, 2013). Plaintiff files this new *pro se* case, seeks IFP status, and has not sought leave from the court. The Court therefore dismisses the action without prejudice for Plaintiff's failure to comply with the October 15, 2013 order in *Soto*, No. 13-CV-3927 (LAP).

The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that any appeal from this order would not be taken in good faith and therefore IFP status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to enter judgment in this action.

SO ORDERED.

Dated: August 10, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge