UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ERIC SOTO.,

Plaintiff,

-against-

U.S.P.S.; U.P.S.; FED EX; CITY OF NEW YORK,,

Defendants.

26 CIVIL 05114 (LTS)

**CIVIL JUDGMENT**

For the reasons stated in the August 10, 2026, order, this action is dismissed.

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from the Court's judgment would not be taken in good faith. See Coppedge v. United States, 369 U.S. 438, 444-45 (1962).

SO ORDERED.

Dated: August 14, 2026
New York, New York

/s/ Laura Taylor Swain
LAURA TAYLOR SWAIN
Chief United States District Judge